JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JEFFERSON BLADIMIR ALEMAN-BELTRAN,

Petitioner,

v.

FREITI SEMAI et al.,

Respondent.

Case No. 5:26-cv-04777-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: November 23, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE